*Lewis H. Barnes, Carmi A. Thompson,* and *Orville Smith* for petitioner. *Messrs. Elmer M. Leesman* and *Harold L. Reeve* for respondents. See 310 U. S. 631.

No. 2. NEW WORLD LIFE INSURANCE Co. *v.* UNITED STATES. October 14, 1940. The motion to dismiss is denied. *Messrs. Walter E. Barton* and *Wm. Marshall Bullitt* for petitioner. *Solicitor General Biddle* for the United States. See *post,* p. 620.

No. 3. UNITED STATES *v.* NORTHERN PACIFIC RAILWAY Co. ET AL. October 14, 1940. Motion for leave to file brief of the Minority Stockholders of the Northern Pacific Railway Company denied.

No. 230. VILES *v.* JOHNSON, JUDGE, DISTRICT COURT, CITY & COUNTY OF DENVER. See *post,* p. 644.

No. 950, October Term, 1939. ARROW DISTILLERIES, INC. *v.* ALEXANDER, ADMINISTRATOR. October 14, 1940. Motion for leave to withdraw petition for rehearing granted.

No. 191. UNITED STATES *v.* GOLTRA ET AL., EXECUTORS. Appeal from the Court of Claims. October 14, 1940. Motion to dismiss or affirm denied.

No. 459, October Term, 1939. H. ROUW COMPANY *v.* CRIVELLA. October 14, 1940. It is ordered that the mandate in this case be and it hereby is recalled. The judgment of this Court dated May 27, 1940, 310 U. S. 612, is modified so as to provide that the reversal shall be without costs to either party in this Court. The petition for rehearing is denied.